**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**
www.flsb.uscourts.gov

IN RE:                                            CASE NO. 24-14741-LMI
                                                  Chapter 13

  ROGER HERNANDEZ,

      Debtor(s).

_____/

**NOTICE OF RULE 2004 EXAMINATION
OF DEBTOR ROGER HERNANDEZ**

■ *Testimony:* Pursuant to Federal Rule of Bankruptcy Procedure 2004 and Local Rule 2004-1, Creditor Bank of America, N.A. ("Bank of America") will examine ROGER HERNANDEZ ("Debtor") under oath on **August 12, 2024 at 1:30 P.M**.  The examination will be conducted via Zoom, to be separately furnished. The examination may continue from day to day until completed.

■ *Production:* Pursuant to Federal Rule of Bankruptcy Procedure 2004 and Local Rule 2004-1, Creditor FirstBank Florida requests that Debtor produce the documents, electronically stored information, or objects described on the schedule attached hereto as Exhibit "A", who must permit inspection, copying, testing, or sampling of the materials on **August 9, 2024 at 4:30 P.M.**, at offices of Liebler, Gonzalez, and Portuondo, 44 West Flagler Street, Suite 2500, Miami, Florida 33130.

    If the examinee receives this notice less than 14 days before the scheduled examination date, the examination will be rescheduled upon timely request to a mutually agreeable time. The scope of the examination will be as described in Bankruptcy Rule 2004. Pursuant to Local Rule 2004-1 no order is necessary. If the examination is of a witness other than the debtor, the Local Form "Subpoena for Rule 2004 Examination" is included with this notice.

Respectfully submitted,

/s/ *Jonathan Camacho*
Jonathan Camacho
Florida Bar No: 1025816
Email: jc@lgplaw.com
**LIEBLER, GONZALEZ & PORTUONDO**
Courthouse Tower - 25th Floor
44 West Flagler Street
Miami, FL 33130
Tel: (305) 379-0400
Fax: (305) 379-9626
*Attorneys for Bank of America, N.A.*

**CASE NO.: 24-14741-LMI**

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on August 2, 2024, a copy of the *NOTICE OF RULE 2004 EXAMINATION OF DEBTOR ROGER HERNANDEZ* was served via the Court's electronic case filing system on the following parties receiving electronic notice in the above-referenced case:

| | | |
|---|---|---|
| Nancy K. Neidich | Timothy S Kingcade, Esq | Office of the US Trustee, |
| POB 279806 | 1370 Coral Way | 51 S.W. 1st Ave., Suite |
| Miramar, FL 33027 | Miami, FL 33145 | 1204, Miami, FL 33130-1614 |

I also certify that the foregoing document is being served this day on all counsel of record in the manner specified via transmission of Notices of Electronic Filing generated by CM/ECF.

<u>/s/ Jonathan Camacho</u>

JONATHAN CAMACHO

CASE NO.: 24-14741-LMI

## Exhibit A

## Definitions and Instructions

A.     The singular shall include the plural and vice versa; the terms "and" or "or" shall be both conjunctive and disjunctive; the term "all" shall include and encompass "any"; and the term "including" shall mean "including without limitation."

B.     The word "person" refers to any natural person, individual proprietorship, partnership, corporation, association, organization, joint venture, firm, or other business enterprise, governmental body, group of natural persons, business entity, or other entity.

C.     The word "agent" means any agent, employee, officer, director, attorney, independent contractor, or any other person acting at the direction of or on behalf of another.

D.     The terms "you" and "your" refer to Debtor, ROGER HERNANDEZ, and any persons, agents, officers, directors, members, or employees acting on his behalf.

E.     The word "document" means any writing, recording, electronically stored information, or photograph in your actual or constructive possession, custody, care, or control, which pertain directly or indirectly, in whole or in part, either to any of the subjects listed below or to any other matter relevant to the issues in this action, or which are themselves listed below as specific documents, including, but not limited to: correspondence, memoranda, notes, messages, diaries, minutes, books, reports, charts, ledgers, invoices, computer printouts, microfilms, video tapes, or tape recordings.

F.     The words "pertain to" or "pertaining to" mean: relates to, refers to, contains, concerns, describes, embodies, mentions, constitutes, constituting, supports, corroborates, demonstrates, proves, evidences, shows, refutes, disputes, rebuts, controverts, or contradicts.

G.     The term "third party" or "third parties" refers to individuals or entities that are not a party to this action.

H.     The word "date" shall mean the exact date, month and year, if ascertainable or, if not, the best approximation of the date (based upon relationship with other events).

I.     The terms "electronically stored information" and "ESI" mean and refer to computer generated information or data of any kind, stored in or on any storage media located on computers, file servers, disks, tape, or other real or virtualized devices or media.

J.     The word "communication" includes, but is not limited to, any and all conversations, meetings, discussions, and any other exchange, whether in person, by telephone, or electronically (including text, email, and instant messaging), as well as all letters, memoranda, telegrams, cables, and other writings or documents.

## Instructions

(a)     The Federal Rules of Bankruptcy Procedure are incorporated herein by reference.

CASE NO.: 24-14741-LMI

(b)    These requests require you to produce all non-privileged documents in your possession, custody, or control, or in the possession, custody, or control of your accountants, attorneys, consultants, or any other person acting on your behalf.

(c)    Your responses should be submitted in a form such that each response follows the re-typed request to which it applies.

(d)    An objection must clearly state whether any responsive documents are being withheld on the basis of that objection. An objection to part of a request must specify the part and permit inspection or copying of the rest.

(e)    If you object to producing documents or ESI because of a privilege, you must nevertheless provide the following information in a privilege log, unless divulging the information would disclose the privilege: (i) the date; (ii) the type; (iii) the author; (iv) any recipients; (v) the subject matter; and (vi) the basis for claim of privilege.

(f)    If any requested document or ESI has been lost or destroyed, you must provide a log containing the following information: (i) the date; (ii) the type; (iii) the author; (iv) any recipients; and (v) the subject matter.

(g)    For a document or ESI containing both privileged and non-privileged information, you must disclose the non-privileged information to the fullest extent possible without thereby disclosing the privileged information. If a privilege is asserted with regard to part of a document or ESI, you must clearly identify the portions as to which the privilege is claimed. When a document or ESI has been redacted or altered in any fashion, you must clearly identify the redaction and provide the reason for the redaction.

(h)    Documents and ESI produced in response to any request are to be produced in native data format with all applicable metadata. A static image may be produced only if the document or ESI has no metadata associated with it.

(i)    In producing documents, such things as notes, clips, and other attachments to documents as kept in the normal course of business should also be produced.

(j)    The requests set forth herein should be read as calling for production of all drafts and non-identical copies of documents and ESI produced in response.

## Time Limitation

Unless otherwise specified, the documents sought for each request are those within the four (4) years prior to the petition date in this case.

## Request for Production

Please produce the following documents:

1.    A copy of your driver's license and any and all passports issued in your name.

CASE NO.: 24-14741-LMI

2.      All bank records, checks, cancelled checks, check stubs, bank statements, deposit slips, receipts, withdrawal slips, teller checks, wire transfer advices, signature cards, and the like for any and all bank accounts (domestic and/or foreign) maintained by you (i) individually; (ii) jointly or severally with another person or persons, including but not limited to, joint tenants with right of survivorship or tenancy by the entireties; (iii) in connection with any business enterprise, corporation, partnership, association, or other affiliation in which you have an interest and/or checking signing authority or access, including but not limited to Mundo Culturista Inc. ; or (iv) that you have or had access to, and/or deposited or withdrew funds, including, but not limited to, savings accounts, checking accounts, investment accounts, business accounts, corporate accounts, mutual funds, or trust accounts of any nature.

3.      Copies of the last twenty-four (24) months of statements and original cancelled checks for all accounts identified in the preceding request.

4.      Copies of the last twenty-four (24) months of all credit card statements for accounts that are in your name, the name of another but for which you are the true owner of, for which you have used or made payments on (whether or not legal title is in your name), or that you have otherwise used or had access to whether individually or in connection with any other person or entity.

5.      Any documents evidencing safe deposit boxes you own or lease or have any signing authority or access to for any business, entity, or other person, including, but not limited to, all documents or photographs evidencing the contents of the boxes.

6.      Any documents reflecting any crypto currency you have or any interest in within the last four (4) years.

7.      All applications, memoranda, correspondence, and other documents (including, but not limited to, account opening request forms and name and address change forms), showing or tending to show all transactions with any bank or banks (foreign and/or domestic) with which you did business, or had an account either (i) individually; (ii) jointly or severally with another person or persons, including but not limited to, joint tenants with right of survivorship or tenancy by the entireties; (iii) in connection with any business enterprise, corporation, partnership, association, or other affiliation in which you have an interest and/or check signing authority or access, including but not limited to Mundo Culturista Inc.; or (iv) that you have or had access to, and/or deposited or withdrew funds, including, but not limited to, savings accounts, checking accounts, business accounts, corporate accounts, investment accounts, mutual funds, or trust accounts of any nature.

8.      All your federal, state, and local income tax returns (foreign and domestic), including Schedule K-1s and any and all other attachments and documents utilized, reviewed, or otherwise considered for preparation of the tax returns for the past five (5) years.

9.      Copies of all paystubs, receipts, and other documents evidencing your income for the last four (4) years, whether from wages earned, interest, investment, distributions, dividends, settlements, tax refunds, inheritance, gifts, or otherwise.

CASE NO.: 24-14741-LMI

10.    Copies of all documents reflecting any interest and/or role you may have had in any business or entity for the last four (4) years.

11.    All documents showing the account number, location, name, and amount of any type of security or negotiable instrument, including but not limited to, stocks, bonds, mutual fund accounts, brokerage accounts, promissory notes, and other equity or debt instruments owned by you, individually, or jointly with another person, or any other business enterprise or entity of whatever form and wherever located.

12.    Any and all documents showing, describing, or referring to any direct, beneficial, or trust interest held by you or in which you are a beneficiary or have an interest or serve as trustee, and the account statements of any such trust for the last four (4) years.

13.    Provide a copy of the closing statement, warranty deed, mortgage application, and notes and mortgages for all real property you own or have any interest in whether titled in your name, individually, or collectively, or titled to any entity in which you have an interest, individual or joint, direct or indirect, wherever located and however titled.

14.    All other documents evidencing any real estate and liens (and/or the payoff of any such liens within the last 4 years) which may be or were attached thereto, owned by you, individually, or jointly with any other person (including, but not limited to, joint tenants with right of survivorship or tenancy by the entireties), or any corporation, limited liability company, limited partnership, partnership, joint venture, business, association, or other affiliation.

15.    Any and all documents (including checks, credit card receipts or statements, negotiable instruments, money orders, or cashier checks), evidencing payments made by you or on your behalf for the purchase or improvement of any real property in the last four (4) years.

16.    Any and all documents (including checks, credit card receipts or statements, negotiable instruments, money orders, or cashier checks), evidencing payments made by you or on your behalf for any loans, mortgages, insurance, ad valorem or other taxes, lines of credit, association fees or assessments, or other liens on any real and personal property in the last four (4) years.

17.    Any and all documents or communications reflecting payments (and the source of funds for those payments) made on the loan evidenced by, among other things, the promissory note signed by you and dated May 21, 2018 in the amount of $260,840.00 in favor of lender Quicken Loans Inc. as described in that certain Mortgage dated May 21, 2018 and recorded on June 5, 2018 in Official Records Book 31000 at Page 787 of the Public Records of Miami-Dade County, Florida (the "Quicken Mortgage"), encumbering the real property described therein and commonly known as 1425 SW 78th Avenue, Miami, Florida 33144 (the "1425 Property").

18.    Any and all documents or communications reflecting or relating to the apparent release, discharge, and/or payoff of the loan at issue in the Quicken Mortgage as reflected in that certain Mortgage Release, Satisfaction, and Discharge executed on December 9, 2022 by Mortgage Electronic Registration Systems, Inc., as Mortgagee, as Nominee for Quicken Loans, Inc. and recorded on December 14, 2022 in Official Records Book 33501 at Page 3219 and the source of any funds used to make such payoff.

CASE NO.: 24-14741-LMI

19.     Any and all documents provided to any lender and/or financial institution for borrowing money, buying real estate and/or personal property, or paying off any loans, including, but not limited to, any refinancing or loan modifications that took place within the last four (4) years and a copy of all current mortgage statements showing the outstanding balances including, but not limited to, the 1425 Property and any other real property detailed in the preceding requests. Provide a full accounting of any proceeds received as a result of refinancing.

20.     Provide a copy of the closing statement for any property that was sold or transferred, including but not limited to any real property detailed in the preceding requests, within the last four (4) years. Provide a full accounting of any proceeds received from any applicable transactions.

21.     All documents evidencing personal property including tangible personal property tax returns, ad valorem, and other tax assessments for property owned by you, either individually, or jointly with any other person, corporation, limited liability company, limited partnership, joint venture, partnership, business, association, or other affiliation or entity.

22.     All documents, inventories, appraisals, valuations, marketing materials, or other form of compilation evidencing the value of your interest in personal or real property, either individually, or jointly with any other person, corporation, limited liability company, partnership, limited partnership, joint venture, business, association, or other affiliation or entity, including, but not limited to, the real property detailed in the preceding requests.

23.     All certificates of title, registrations, bills or sale, receipts, lease agreements, and other evidence of ownership or possession for any (i) boat, jet- ski, launches, cruisers, or other vessels of any type; (ii) automobiles, motorcycles, or other motor vehicles of any type; (iii) planes, helicopters, jet planes; (iv) commercial, business, or personal equipment; and (v) all other items to which title is evidenced by certificate of title, which has been in your name, or the name of another but for which you are the true owner, or for which you have made payments (whether or not legal title is in your name) within the last four
(4) years.

24.     If any vehicle is no longer in your possession, provide an explanation for its disposition and an accounting of any proceeds received.

25.     An itemization of all property in your possession, or located at any premises owned, operated, used, or under your control, which is not exclusively owned by you or which you are holding for another party.

26.     All documents reflecting any claims made by you or on your behalf under any insurance policies during the last four (4) years.

27.     All documents pertaining to any annuity policies owned by you, or on your behalf, or in which you have or may have any interest.

28.     All documents showing the location, account number, and type of any trust for which you are the beneficiary, and any documents showing both the settlor and the trustee of the trust.

CASE NO.: 24-14741-LMI

29.     All notes, deeds, title certificates, mortgages, or security instruments of any kind showing or tending to show either the existence of debts owed to you for real or personal property personally owned by you, or property in which you have a security interest.

30.     All financial records or other documents showing or tending to show all money due to you, with any records you may have showing or tending to show all persons who owed you money, including any all commissions, bonuses, distributions, dividends, or other income related to any employment, contract, employment, services, or interests in any entity that you may currently have or had in the last four (4) years, including all commissions due from sale of real estate by whomever owned and from whatever source.

31.     All documents evidencing the transfer of any property, property interest, financial interest, assets, inventory, goods, accounts receivable, or any other thing of value whether from one form to another or from one account to another account, including, but not limited to, bills of sale, deeds, closing statements, contracts, or other documents showing or reflecting any transfer of any property (real and/or personal (tangible and/or intangible)) by, from, or to you or any business, corporation, partnership, association, affiliation, or entity in which you have an interest.

32.     Any and all financial statements, whether personal financial statements, financial statements for entities in which you hold any interests or from which you have received a distribution or income of any kind, whether prepared by you, or on your behalf by an accountant, estate planner, financial planner, financial consultant, or other professional. And all documents that you believe support any representations in such financial statements.

33.     Provide documents listing any pending jobs, contracts, and accounts receivable balances for any entity, owned or beneficially held by you, either individually, or jointly with any other persons, or for any corporations, partnerships, professional associations, joint ventures, affiliations, organizations, or other entities in which you hold an interest.

34.     Copies of the last four (4) years of federal, state, and local income tax returns (foreign and domestic) for any entity, owned or beneficially held by you or in which you have an interest, either individually, or jointly with any other persons, or for any corporations, partnerships, professional associations, joint ventures, affiliations, organizations, or other entities in which you hold an interest.

35.     Copies of all financial statements (audited and/or unaudited), compilations, or any other financial report for the last four (4) years for any entity, owned or beneficially held by you, either individually, or jointly with any other persons, or for any corporations, limited liability corporations, partnerships, limited partnerships, professional associations, joint ventures, affiliations, organizations, or other entities in which you hold an interest.

36.     All the documents (including but not limited to the application and information concerning the authorized signers and account statements) relating to all the bank accounts for any entity, owned or beneficially held by you, or in which you hold any interest either individually, or jointly with any other persons, or for any corporations, partnerships, professional associations, joint ventures, affiliations, organizations, or other entities in which you hold an interest, that you have or had during the last four (4) years.

**CASE NO.: 24-14741-LMI**

37. All books, records, balance sheets, or other financial statements, including, but not limited to, all documents pertaining to assets, liabilities, and owner's equity, with respect to any and all business enterprises of whatever nature in which you have possessed any ownership or other interest, whether individually, or as partner, limited partner, member, managing member, joint venturer, stockholder, officer, director, or otherwise.

38. Any and all corporate books and records, including, but not limited to, articles of incorporation, shareholder agreements, bylaws, corporate minutes, stock or share certificates, and stock or share ledgers, for any and all business enterprises of whatever nature in which you have possessed any ownership or other interest, whether individually, or as partner, limited partner, member, managing member, joint venturer, stockholder, officer, director, or otherwise.

39. All accounts receivable ledgers or other records which set forth the names, addresses, and account numbers of all personal, business enterprises, or other entities that are indebted to you, or to any corporation, partnership, association, or other business entity in which you have an interest of whatever kind.

40. All documents, statements, and the like reflecting monies paid to you, or on your behalf, from any retirement, savings, tax-deferral, pension, or other benefit plan.

41. Any and all documents not specifically described above that evidence the nature, existence, and value of your assets, liabilities, financial information, affairs, and transactions.

42. All documents relating to the Azimut vessel listed at Case 24-14741-LMI, ECF 1, page 11 (the "Yacht"), including but not limited to your interest in the Yacht, the purchase of the Yacht, title to the Yacht, application for and financing of any loans to purchase the Yacht, the source of any funds used to purchase the Yacht, any funds or payments generated from the use of the Yacht.