

ORDERED in the Southern District of Florida on October 9, 2024.

Laurel M. Isicoff, Judge
United States Bankruptcy Court

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI-DADE DIVISION**

www.flsb.uscourts.gov

In re:

ROGER HERNANDEZ                               Case No: 24-14741-LMI
                                              Chapter 13

_____Debtor._____/

### ORDER GRANTING APPLICATION FOR COMPENSATION FOR PROFESSIONAL SERVICES OR REIMBURSEMENT OF EXPENSES BY ATTORNEY FOR CHAPTER 13 DEBTOR

THIS CASE came before the Court on the chapter 13 calendar on October 8, 2024 at 9:00 A.M. on the Application for Compensation for Professional Services or Reimbursement of Expenses by Attorney for the Chapter 13 Debtor [D.E. 50], and based upon the record, it is:

**ORDERED** that Timothy S. Kingcade of Kingcade & Garcia, P.A., attorney for the Debtor is awarded the sum of $9,000.00 in attorney's fees. The balance due of $4,500.00 is to be paid pursuant to the Debtor's Chapter 13 Plan.

###

Submitted by and copy to:

Timothy S. Kingcade, Esq.

Kingcade & Garcia, P.A.

1370 Coral Way

Miami, FL 33145

Phone: (305) 285-9100

Fax: (305) 285-9542

scanner@miamibankruptcy.com

Copies furnished to Timothy S. Kingcade, Esq., who shall serve a copy of the Order on all interested parties and file a certificate of service thereon.