UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI-DADE DIVISION

In re: Roger Hernandez                                    Case Number 24-14741-LMI
                                                          Chapter 7

               Debtor(s)

_____/

**NOTICE OF CHANGED CIRCUMSTANCES, PROPERTY NO LONGER IN DEBTOR(S) POSSESSION, AND RULE 1019 REPORT OF CHAPTER 13 DEBTOR(S) <u>CONVERTING TO CHAPTER 7</u>**

Debtor(s), by and through the undersigned counsel, and pursuant to 11 U.S.C. 348 and Rule 1019 of the Federal Rules of Bankruptcy Procedure, hereby file(s) this *Notice of Changed Circumstance of Chapter 13 Debtor Converting to Chapter 7*, and states as follows:

☒ Debtor(s) income as reflected in Schedule I of the Chapter 13 petition decreased and Debtor is unable to continue to fund the Chapter 13 Plan because:
- ☐ Loss of job for a period
- ☒ Decrease in monthly disposable income
- ☒ Increase in monthly expenses

☒ Debtor(s) was unable to financially continue funding his/her Chapter 13 Plan because:
- ☐ POC filed by creditor made Chapter 13 Plan not feasible
- ☒ Other: <u>Debtor could not afford the plan payments.</u>

☐ Debtor(s) Chapter 13 Plan sought to cure the arrearages of Debtor(s)' homestead and Debtor sought and obtained an Order from the Bankruptcy Court allowing the Debtor to:
- ☐ Sell his/her Debtor's Homestead property; or
- ☐ Re-finance Debtor's Homestead property.

☐ Other: _____

Debtor(s) is/are no longer in possession of the real and/or personal property listed in the following schedules: N/A

☐ Schedule A: <u>N/A</u>

☐ Schedule B: <u>N/A</u>

In re: Roger Hernandez                                          Case No. 24-14741-LMI

# SCHEDULE OF UNPAID DEBTS INCURRED POST-PETITION AND PRECONVERSION (RULE 1019 REPORT)

Debtor(s), by and through the undersigned counsel, pursuant to Rule 1019 of the Federal Rules of Bankruptcy Procedure, hereby files this *Schedule of Unpaid Debts Incurred Post-Petition and Pre-Conversion (Rule 1019 Report)*, and states:

| Creditors Name and Mailing Address | Codebtor | Consideration for Claim | contingent | unliquidated | disputed | Amount of Claim |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |
| **Total:** |  |  |  |  |  | **NONE** |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was sent, via Regular U.S. Mail and via CM/ECF to all parties registered to receive electronic service this 6th day of December, 2024

**CERTIFICATE PURSUANT TO LOCAL RULE 9011-4(B)**

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

**KINGCADE & GARCIA, P.A**
Counsel for the Debtor
Kingcade Building
1370 Coral Way ▪ Miami, Florida 33145-2960
WWW.MIAMIBANKRUPTCY.COM
Telephone: 305-285-9100 ▪ Facsimile: 305-285-9542

/s/ Timothy S. Kingcade
☐ Timothy S. Kingcade, Esq., FBN 082309
☐ Wendy Garcia, Esq., FBN 0865478
☐ Jessica L. McMaken, Esq., FBN 580163

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113C-1<br>Case 23-15443-LMI<br>Southern District of Florida<br>Miami<br>Thu Jul 18 11:45:37 EDT 2024 | United Consumer Financial Services<br>Bass & Associates, P.C.<br>c/o Patti Bass<br>3936 E. Ft. Lowell Rd., Suite 200<br>Tucson, AZ 85712-1083 | Aaron's Sales & Lease<br>400 Galleria Pkwy<br>Atlanta, GA 30339-5980 |
| Aaron's Sales & Lease<br>Attn: Legal Dept<br>400 Galleria Pkwy Se, Suite 300<br>Atlanta, GA 30339-3182 | Aspire Credit Card<br>Attn: Bankruptcy<br>Po Box 105555<br>Atlanta, GA 30348-5555 | Aspire Credit Card<br>Po Box 105555<br>Atlanta, GA 30348-5555 |
| Audrey J. Dixon, Esq.<br>McMichal Taylor Gray, LLC.<br>3550 Engineering Drive, Ste 260<br>Norcross, GA 30092-2871 | Capital One N.A.<br>by American InfoSource as agent<br>PO Box 71083<br>Charlotte, NC  28272-1083 | (p)CARRINGTON MORTGAGE SERVICE LLC<br>1600 S DOUGLAS RD SUITE 110<br>ANAHEIM CA 92806-5951 |
| Checksystems<br>7805 Hudson Rd<br>Saint Paul, MN 55125-1594 | Child Support Enforcemment<br>PO Box 8030<br>Tallahassee, FL 32314-8030 | Cis Fin Svcs<br>369 10th Avenue Sw<br>Hamilton, AL 35570-6511 |
| Citibank/The Home Depot<br>Citicorp Cr Srvs/Centralized Bankruptcy<br>Po Box 790040<br>St Louis, MO 63179-0040 | Citibank/The Home Depot<br>Po Box 6497<br>Sioux Falls, SD 57117-6497 | Comenity/ MPRC<br>Attn: Bankruptcy<br>Po Box 182125<br>Columbus, OH 43218-2125 |
| Comenity/ MPRC<br>Po Box 182120<br>Columbus, OH 43218-2120 | Credit One Bank<br>Attn: Bankruptcy Department<br>Po Box 98873<br>Las Vegas, NV 89193-8873 | Credit One Bank<br>Po Box 98872<br>Las Vegas, NV 89193-8872 |
| Dade County Federal Credit Union<br>1500 Nw 107th Ave<br>Sweetwater, FL 33172-2706 | Dade County Federal Credit Union<br>Attn: Bankruptcy<br>1500 Nw 107 Avenue<br>Miami, FL 33172-2706 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| Discover Bank<br>P.O. Box 3025<br>New Albany OH 43054-3025 | Discover Financial<br>Attn: Bankruptcy<br>Po Box 3025<br>New Albany, OH 43054-3025 | Discover Financial<br>Po Box 30939<br>Salt Lake City, UT 84130-0939 |
| (p)EQUIFAX  INC<br>1550 Peachtree Street NE<br>Atlanta, GA 30309 | Experian<br>Po Box 2002<br>Allen, TX 75013-2002 | Fingerhut<br>13300 Pioneer Trail<br>Eden Prairie, MN 55347-4120 |
| Fingerhut<br>Attn: Bankruptcy<br>6250 Ridgewood Road<br>Saint Cloud, MN 56303-0820 | First Premier Bank<br>3820 N Louise Ave<br>Sioux Falls, SD 57107-0145 | First Premier Bank<br>Attn: Bankruptcy<br>Po Box 5524<br>Sioux Falls, SD 57117-5524 |

| | | |
|---|---|---|
| Florida Department Of Revenue<br>5050 W Tennessee St<br>Tallahassee, FL 32399-0100 | (p)SEQUIUM ASSET SOLUTIONS  LLC<br>1130 NORTHCHASE PKWY<br>SUITE 150<br>MARIETTA GA 30067-6429 | Foundation Finance Company<br>7802 Meadow Rock Drive<br>Weston, WI 54476-5262 |
| IRS Centralized Bankruptcy Department<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Ocwen Loan Servicing, LLC<br>1 Mortgage Way<br>Mount Laurel, NJ 08054-4637 |
| Ocwen Loan Servicing, LLC<br>1661 Worthington Road<br>Suite 100<br>West Palm Beach, FL 33409-6493 | Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 | PYOD, LLC<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602-9008 |
| PennyMac Loan Services, LLC<br>Attn: Correspondence Unit<br>Po Box 514387<br>Los Angeles, CA 90051-4387 | PennyMac Loan Services, LLC<br>Po Box 514387<br>Los Angeles, CA 90051-4387 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |
| Premier Bankcard, LLC<br>Jefferson Capital Systems, LLC Assignee<br>PO Box 7999<br>St. Cloud, MN 56302-7999 | Santander Consumer USA Inc<br>P.O. Box 560284<br>Dallas, TX 75356-0284 | Santander Consumer USA, Inc<br>Attn: Bankruptcy<br>Po Box 961245<br>Fort Worth, TX 76161-0244 |
| Santander Consumer USA, Inc<br>Po Box  961211<br>Fort Worth, TX 76161-0211 | Syncb/walmart<br>P.O. Box 965012<br>Orlando, FL 32896-5012 | Synchrony Bank/Chevron<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 |
| Synchrony Bank/Chevron<br>P.o Box 71737<br>Philadelphia, PA 19176-1737 | Timepayment Corp, LLC.<br>1600 District Ave Ste 20<br>Burlington, MA 01803-5076 | Timepayment Corp, LLC.<br>Attn: Bankruptcy Dept<br>1600 District Avenue, Ste 200<br>Burlington, MA 01803-5076 |
| Transunion<br>Po Box 1000<br>Chester, PA 19016-1000 | Truist Bank<br>Attn: Support Services<br>P.O. Box 85092<br>Richmond, VA 23286-0001 | Truist Bank<br>Po Box 849<br>Wilson, NC 27894-0849 |
| United Consumer Financial Services<br>865 Bassett<br>Westlake, OH 44145-1194 | United Consumer Financial Services<br>Attn: Bankruptcy<br>865 Bassett Road<br>Westlake, OH 44145-1194 | Walmart Credit Services/Capital One<br>Attn: Bankruptcy<br>Po Box 30285<br>Salt Lake City, UT 84130-0285 |
| Walmart Credit Services/Capital One<br>Po Box 71746<br>Philadelphia, PA 19176-1746 | Westlake Portfolio Management, LLC<br>4751 Wilshire Bvld<br>Los Angeles, CA 90010-3827 | Nancy K. Neidich<br>www.ch13miami.com<br>POB 279806<br>Miramar, FL 33027-9806 |

| | | |
|---|---|---|
| Timothy S Kingcade Esq<br>1370 Coral Way<br>Miami, FL 33145-2960 | Tony Roca<br>The Roca Law Firm, P.A.<br>1400 NW 107th Ave.<br>Suite 209<br>Miami, FL 33172-2746 | Willie J. Martin Jr.<br>18920 NW 6 Ct<br>Miami Gardens, FL 33169-3929 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Carrington Mortgage Services<br>15 Enterprise St<br>Aliso Viejo, CA 92656 | (d)Carrington Mortgage Services<br>Attn: Bankruptcy<br>1600 South Douglass Road, Stes 110 & 200<br>Anaheim, CA 92806 | Department of the Treasury<br>Po Box 21126<br>Philadelphia, PA 19114 |
| Equifax<br>Po Box 740241<br>Atlanta, GA 30374 | Focus Receivables Management, LLC<br>1130 Northchase Parkway Se<br>Suite 150<br>Marietta, GA 30067 | (d)Focus Receivables Management, LLC<br>1130 Northchase Pkwy<br>Marietta, GA 30067 |
| (d)Foundation Finance Company<br>Attn: Bankruptcy<br>Po Box 437<br>Schofield, WI 54476 | Portfolio Recovery Associates, LLC<br>POB 41067<br>Norfolk VA 23541 | (d)Wilmington Savings Fund Society<br>c/o Carrington Mortgage Services, LLC<br>1600 South Douglass Road<br>Anaheim CA 92806 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)U.S. Bank National Association, not in its | (u)Wilmington Savings Fund Society, FSB, as T | (u)Miami |

| | | |
|---|---|---|
| (u)U.S. Bank National Association, et al.<br>C/O Fay Servicing, LLC<br>PO Box 814609 Dallas, TX 7 | End of Label Matrix<br>Mailable recipients    62<br>Bypassed recipients     4<br>Total                  66 | |